IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY BARNES, et al.                                                                          PLAINTIFFS

V.                                                        CIVIL ACTION NO. 4:16-CV-72-SA-JMV

JOHN M. O'QUINN & ASSOCIATES, PLLC, et al.                               DEFENDANTS

ORDER

Now before the Court is the Plaintiffs' Motion and Notice [45] of voluntary dismissal of all their claims against Defendant Joe Gibson without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Gibson does not oppose the Plaintiffs' motion to dismiss him. With the procedural prerequisites of Rule 41 met, the Court finds the Plaintiffs' motion well taken and it is GRANTED. Defendant Gibson's separate Motion to Dismiss [32] is therefore MOOT. Defendant Gibson is DISMISSED from this case without prejudice.

SO ORDERED on this the 31st day of March, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE