IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY BARNES, CHARLES E. BLANKS,                                                              PLAINTIFFS
VERNELL BURKS, SHIRLEY CAMPBELL SKINNER,
ESTATE OF EDWIN EUGENE CAMPBELL,
JAMES LAVON LUCAS, THEOPLIS NELSON,
WILLIAM PITTMAN, DONALD QUITMAN POWELL SR.,
ANDREW RODGERS, MYRTIS OPAL ROLAND,
ESTATE OF DAN ROLAND, LEE ROY SANDERS,
GUY MARCUS SHIFLETT, LARRY DONELL SHOWERS,
L.C. SMITH JR., JOHNNY W. THOMAS,
ROBERT WEEKS JR., ERNEST WILEY, and
PAM YARBROUGH-HAMPTON

V.                                                           CIVIL ACTION NO. 4:16-CV-72-SA-JMV

JOHN M. O'QUINN & ASSOCIATES, PLLC,
JOHN M. O'QUINN & ASSOCIATES, LLP,
JOHN M. O'QUINN, P.C.,
JOHN M. O'QUINN LAW FIRM, PLLC,
T. GERALD TREECE, RICHARD N. LAMINACK,
JOE GIBSON, DANZIGER & DE LLANO, LLP, and
ABEL MANJI                                                    DEFENDANTS

ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, this Court ORDERS the following:

The O'Quinn Defendants'[1] Motion to Compel Arbitration [28] is GRANTED and the Barnes Plaintiffs[2] are hereby ordered and compelled to arbitrate all their claims against the O'Quinn Defendants, including Treece, in accordance with the arbitration provisions of their contracts.

---

[1] John M. O'Quinn & Associates, PLLC, John M. O'Quinn & Associates, LLP, John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC., T. Gerald Treece (Independent Executor of the Estate of John M. O'Quinn, deceased).

[2] Bobby Barnes, Charles E. Blanks, Vernell Burks, Shirley Campbell Skinner, Estate Of Edwin Eugene Campbell, James Lavon Lucas, Theoplis Nelson, William Pittman, Donald Quitman Powell Sr., Andrew Rodgers, Myrtis Opal Roland, Estate Of Dan Roland, Lee Roy Sanders, Guy Marcus Shiflett, Larry Donell Showers, L.C. Smith Jr., Johnny W. Thomas, Robert Weeks Jr., Ernest Wiley, and Pam Yarbrough-Hampton. Due to the number of pending similar cases the Court will refer to the Plaintiffs in this case as the Barnes Plainitffs.

The Court's grant of the O'Quinn Defendants' Motion to Compel Arbitration renders their request for alternative relief, Motion for a More Definite Statement [30], MOOT.

Defendant Manji's Motion to Retain the Barnes Plaintiffs' claims against him with the Barnes Plaintiffs' claims against the O'Quinn Defendants [55] is GRANTED, and the Barnes Plaintiffs are hereby ordered and compelled to arbitrate all their claims against Manji along with their claims against the O'Quinn Defendants in accordance with the arbitration provisions of the Parties' contracts.

The O'Quinn Defendants Motion to File Supplemental Evidence [62] is GRANTED, and the Barnes Plaintiffs are hereby ordered and compelled to arbitrate their claims against the O'Quinn Defendants including Treece, and against Manji, in an arbitration conducted by the American Arbitration Association, under the AAA's Commercial Arbitration Rules, in Harris County, Texas, as required by the arbitration provisions of the Parties' contracts.

SO ORDERED on this the 31st day of March, 2017.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE