UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY BARNES, et al )
)
      Plaintiffs, )
)
v. ) CIVIL ACTION NO.: 4:16-CV-072-SA-JMV
)
JOHN M. O'QUINN & ASSOCIATES, )
PLLC D/B/A THE O'QUINN LAW )
FIRM, et al., )
)
      Defendants. )
_____ )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day came on for consideration Plaintiffs' Notice of Dismissal Without Prejudice as to Defendants Richard Laminack and Abel Manji. After reviewing the Notice, the Court is of the opinion that this dismissal should be GRANTED.

It is therefore ORDERED that Defendants Richard Laminack and Abel Manji are dismissed from this case, without Prejudice.

Signed this 6th day of April, 2017.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE