IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY BARNES, et al.                                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO. 4:16-CV-72-SA-JMV

JOHN M. O'QUINN & ASSOCIATES, PLLC, et al.                                  DEFENDANTS

ORDER

The Parties in this case advised the Court that all of the Plaintiffs' Claims against Defendants John M. O'Quinn & Associates, PLLC, John M. O'Quinn & Associates, LLP, John M. O'Quinn, P.C., John M. O'Quinn Law Firm, PLLC., and T. Gerald Treece (Independent Executor of the Estate of John M. O'Quinn, deceased) have been settled. For this reason, the Court dismisses these defendants from the case but retains jurisdiction for purposes of enforcing the settlement. The Clerk of Court is directed to alter the heading of this case to reflect that Danzinger and De Llano, LLP is the sole remaining Defendant.

SO ORDERED on this the 12th day of April, 2017.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE