UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBY BARNES, et al )
)
              Plaintiffs, )
)
v.                                  ) CIVIL ACTION NO.: 4:16-CV-072-SA-JMV
)
JOHN M. O'QUINN & ASSOCIATES, )
PLLC D/B/A THE O'QUINN LAW )
FIRM, et al., )
)
              Defendants. )
_____ )

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on for consideration Plaintiffs' Motion to Dismiss [75], with prejudice, Defendant Abel

Manji. After reviewing the Motion, the Court is of the opinion that this dismissal should be GRANTED.

It is therefore ORDERED that Defendant Abel Manji is dismissed from this case with prejudice.

It is SO ORDERED, on this the 17th day of August, 2017.

                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE